# United States District Court

### Eastern District of California

**FILED**

UNITED STATES OF AMERICA

**v.**

Dillon James Beckwith
Van Nuys, CA 91411

CRIMINAL COMPLAINT
CASE NUMBER:

JUL 23 2008

08-0124

I, <u>Nate Knight</u>, state the following is true and correct to the best of my knowledge and belief.  On or about July 23, 2007, in <u>Yosemite National Park</u>, in the Eastern District of California defendant did:

**Count 1:** Knowingly or intentionally possess a controlled substance (psilocybin mushrooms) that were not obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of his professional practice, in violation of United States Code 21 Section 844 (a).
**Maximum penalty: 1 year and $~~1,000~~ (NK) $100,000**

**Count 2:** Knowingly or intentionally possess a controlled substance (hashish oil) that were not obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of his professional practice, in violation of United States Code 21 Section 844 (a).
**Maximum penalty: 1 year and $~~1,000~~ (NK) $100,000**

**Count 3:** Possess a controlled substance (marijuana) in violation of Title 36, Code of Federal Regulations, Section 2.35(b)(2).
**Maximum penalty: 6 months and $5,000**

**Count 4:** Possess an alcoholic beverage while under 21 years of age in violation of Title 36, Code of Federal Regulations, Section 2.35(a)(2)(ii).
**Maximum penalty: 6 months and $5,000**

I further state that I am a(n) _____ Law Enforcement Ranger _____
and that this complaint is based on the following facts obtained
from my personal observation, investigation, and information
supplied to me by National Park Service Law Enforcement Officers.


At about 12:30 AM on July 23, 2008, in Yosemite National Park, in
the special maritime and territorial jurisdiction of the United
States, Ranger Nate Knight was called out from home to
investigate a noise complaint about the occupants of Wawona
Redwoods Rental Cabin #3N.

En route, Ranger Knight saw four people stumbling along
Chilnualna Falls Road yelling at each other. Ranger Knight
identified them as 19-year-old Patrick Loehr, his brother 21-
year-old John Loehr, 20-year-old Dillon Beckwith, and 19-year-old
Tiffany Otoya. Patrick Loehr was holding a 12 oz glass bottle of
Stella Artois beer in one hand.

Upon seeing Ranger Knight, Patrick Loehr dropped the beer bottle
onto the rocks behind him, shattering it.  Dillon Beckwith began
to back out of sight into the shadows.  Ranger Knight detained
the group to investigate the littering and possible underage
possession of alcohol.

During the investigation, all four people admitted to drinking
about three beers that evening.  Patrick Loehr admitted breaking
the bottle.  Ranger Knight smelled an odor of dried marijuana
coming from the group.  When he asked Dillon Beckwith about
marijuana, Beckwith gave him a wide-eyed, panicked stare in
response.  Ranger Knight noticed Beckwith repeatedly touching a
12-ounce-can-shaped bulge in his right front pants pocket. Ranger
Knight asked Beckwith to hand him the beer in his pocket.
Beckwith pulled out an unopened 12oz can of Keystone Light beer.

Ranger Knight observed that all four people had an obvious odor
of alcoholic beverages on their breath and person, all had
glassy/watery eyes, and all were somewhat uncoordinated in their
movements.  Beckwith slurred his speech to the point that he was
difficult to understand, he swayed on his feet as he stood, had
difficulty following simple commands, and his pupils were
extremely dilated, about 5.5mm even with my flashlight shining
into them.

Ranger Knight separated Beckwith from the group and distinctly
smelled dried marijuana odor from about his person.  Beckwith
consented to being patted down for weapons and drugs and Ranger
Knight felt a hard, blunt object in Beckwith's front left pocket

that he immediately recognized by touch as a smoking pipe.
Beckwith said that it was a marijuana pipe. Ranger Knight pulled
it out of his pocket and saw that it contained a burnt plant
residue that looked and smelled like burnt marijuana. Beckwith
said that he had not smoked with it recently, and that he had a
medicinal marijuana card.

Ranger Knight had Patrick Loehr pick up the glass from the bottle
he had shattered, which was scattered on the ground. On the
ground near the glass, Ranger Knight noticed two halves of a
small plastic bag with approximately 1.0 grams of dried plant
matter inside that looked and smelled like dried marijuana.
Beckwith said that it was marijuana, that it was his, and that he
had torn up and tossed the bag when he saw Ranger Knight.

Tiffany Otoya volunteered that she had provided Beckwith with the
marijuana because she was his "Certified Caregiver." Beckwith
agreed. They both said that they had more marijuana and their
medical card at their rental cabin, Redwoods #3N. I asked them if
they had more than an ounce and they said no. I asked them if
they would show me their marijuana and card and they agreed to
lead me to their rental cabin.

Once at rental cabin #3N, Ranger Knight was led into the combined
living room/dining room/kitchen with Beckwith and Otoya. Ranger
Knight immediately noticed several plastic bags lying out in
plain view throughout the cabin containing what he immediately
recognized as dried marijuana, as well as a 14-inch tall glass
water-pipe ("bong") containing what looked and smelled like burnt
marijuana residue. The inside of the cabin smelled like burnt
marijuana and alcohol. The house was littered with partially
empty beer cans, Stella Artois beer bottles, opened bottles of
liquor, and shot glasses.

Ranger Knight had Otoya wake two women asleep in one of the
bedrooms, identified as 19-year-old Alice Hawkins and 19-year-old
Livia Romano. They, too had an obvious odor of alcoholic
beverages on their breath, walked unsteadily, and had glassy eyes
even after being awake for more than an hour. Both Hawkins and
Romano later admitted to drinking alcohol that night, as well as
smoking hashish and marijuana that evening. Ranger Knight
recovered marijuana and a marijuana pipe from the women's purses.
Hawkins provided a voluntary breath sample which registered .062%
BrAC.

Otoya led Ranger Knight to the living room table to look for her
medical marijuana card. Ranger Knight noticed a small clear
plastic container on the tabletop, containing what appeared to be

3

hashish oil.   Ranger Knight asked if it was hashish and Otoya and Beckwith said that it was. Ranger Knight later determined that the hashish weighed approximately 0.7 grams.

Ranger Knight noticed a plastic sandwich bag in plain sight on the kitchen "island" counter, containing pale dried mushrooms that he recognized as psilocybin mushrooms. A smaller "bindle" bag holding approximately 3.4 grams of mushrooms was contained in the larger bag, which held 11.3 grams of mushrooms. The mushrooms were in a central point of the cabin's main common space.

In all, Ranger Knight discovered six plastic bags and one glass jar of marijuana in plain view in the cabin, as well as an additional glass smoking pipe with burnt marijuana residue. Several of the bags were hand-labeled in black pen with names: "Dillon J. Beckwith" held approximately 0.9 grams of dried marijuana; "Tiffany P. Otoya" held approximately 1.6 grams; "Livia Antonina Romano" held approximately 2.5 grams; "Johnathan 'Jack' Loehr" held approximately 2.1 grams; "Jorge Fernando Medrano" held approximately 3.2 grams.   The handwriting on each bag resembled Otoya's handwriting from the medical card. No one named Jorge Medrano was ever identified.

Patrick Loehr, John Loehr, Dillon Beckwith, Tiffany Otoya, Alice Hawkins, and Livia Romano all said that they were the only ones staying in the cabin, and that they had been there for three nights.   Patrick Loehr said that he paid for the rental.   All six people admitted to smoking marijuana and hashish earlier that night.   No one spoke when asked to whom the mushrooms belonged, although Ranger Knight asked several times.

John Loehr said that he had provided "some" of the alcohol that the group had been drinking.   The rest, he said, might have come from "parents."

Patrick Loehr, John Loer, Dillon Beckwith, and Tiffany Otoya were arrested; Alice Hawkins, and Livia Romano were cited to court.

Dillon Beckwith was arrested for possession of a controlled substance, and possessing alcoholic beverages while under the age of 21 years, and was booked at Yosemite Jail.

Continued on the attached sheet and made a part hereof:
| | | |
|---|---|---|
| | ☐ Yes | ☐ No |
| Speedy Trial Act Applies: | ☐ Yes | ☐ No |

4

Nate Knight, Park Ranger

Sworn to before me and subscribed in my presence, this **23rd** day
of _____**July**_____, 2007, at Yosemite National Park,
California.

**7-23-08**     **10:20**          At     Yosemite National Park,
Date                                              California

Honorable William M. Wunderlich
U. S. Magistrate Judge
Eastern District of California

5