Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:08-mj-00124-WMW |
| Plaintiff, | MOTION TO DISMISS; AND ORDER THEREON |
| v. | |
| DILLION JAMES BECKWITH, | |
| Defendant. | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count three, charging a violation of 36 CFR 2.35(b) (2)- Possession of Controlled Substance- Marijuana.

Dated: May 25, 2011                           NATIONAL PARK SERVICE

                                               /S/ Susan St. Vincent
                                               Susan St. Vincent
                                               Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:  May 25, 2011                           /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

1